IN RE:  CHAPTER 13
Cynthia Bedore  CASE NO: 19-31170
 JUDGE: Joel D. Applebaum

       **Debtor**
_____/

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, **IT IS HEREBY ORDERED** that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

**IT IS FURTHER ORDERED** that the claim of George E. Jacobs and Bankruptcy Law Offices, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3500 in fees and $0 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3500 shall be paid by the Trustee as an administrative expense of this case.

**IT IS FURTHER ORDERED** that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

**IT IS FURTHER ORDERED** that all filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

**IT IS FURTHER ORDERED** that the Debtor(s) shall provide a complete copy of their annual federal income tax returns during case pendency on or before June 1 of the filing tax year or if unfiled, provide a copy of the extension to the Trustee. Should the Debtor(s) not provide the requested tax information to the Trustee then the Trustee may file a Notice of Default giving the Debtor(s) 21 days to respond as to why the information has not been provided. Upon the filing of the response the Court shall set a hearing on the matter.

[X]  Honda Lease Trust LSR shall be paid its regular monthly lease payment in the amount of $456.94 by the Trustee beginning in June 2019, until the lease terminates on February 11, 2022.  Payments from the Trustee shall cease upon the lease termination date.  The full payoff amount listed on the proof of claim, which includes the purchase option, shall not be paid by the Trustee.  The Trustee shall also pay Honda Lease Trust LSR the pre-petition arrearage amount of $502.46.  Trustee disbursements on the pre-petition arrearage amount shall be completed by the lease termination date.

[X]  The Debtor's plan payment shall increase when her retirement loans end as follows:
1. $83 monthly in September 2020.
2. $76 monthly in August 2021.

/s/ Carl L Bekofske
Carl L. Bekofske P10645
Melissa Caouette P62729
Chapter 13 Standing Trustee's Office
400 N. Saginaw St., Ste. 331
Flint MI 48502
(810) 238-4675
ecf@flint13.com

/s/ George E. Jacobs
Attorney for Debtor
George E. Jacobs P36888
Bankruptcy Law Office
2425 S. Linden Rd., Suite C
Flint, MI 48532
(810) 720-4333
george@bklawoffice.com

/s/ Jon J. Lieberman
Jon J. Lieberman (P79786)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Honda Trust LSR

**Signed on October 03, 2019**



/s/ Joel D. Applebaum
Joel D. Applebaum
United States Bankruptcy Judge