**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION**

In Re:   Cynthia Bedore

Case No.  19-31170
Chapter   13
Hon.   Applebaum

Debtor(s).
_____/

CORRECTED
**EX PARTE ORDER ALLOWING DEBTOR(S) TO PURCHASE A VEHICLE**

This matter having come before the Court upon the motion of the Debtor, and the Court being otherwise appraised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED that the Debtor may finance a vehicle:

- [X]   Purchase price no more than $20,800.
- [X]   Monthly payments no more than $499.00
- [X]   Interest rate is no more than 19.99%
- [X]   Term is 72 months.
- [X]   Debtors will make direct payments.
- [X]   The Debtors shall provide the Trustee with a copy of the financing documents within 15 days of purchase.
- [X]   This order shall be valid for 90 days.

**Signed on January 7, 2022**



/s/ Joel D. Applebaum

**Joel D. Applebaum**
**United States Bankruptcy Judge**