# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re:                                         Case No. 19-31170
                                                     Chapter 13

Cynthia Bedore                          Hon. Applebaum

        Debtor.
_____/

## ORDER SUSTAINING OBJECTION TO CLAIM OF AMERICAN HONDA FINANCE CORPORATION

       This matter, having come before the Court on the objection of the Debtor to the claim of American Honda Finance Corporation and this Court being otherwise fully appraised in the premises;

       NOW THEREFORE, it is hereby ordered that the objection to the claim of American Honda Finance is sustained and the claim is now zero ($0.00).

**Signed on February 11, 2022**



/s/ Joel D. Applebaum
_____
**Joel D. Applebaum**
**United States Bankruptcy Judge**