**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION**

In Re: Cynthia Bedore

                              Case No. 19-31170
                              Chapter 13
                              Hon. Applebaum

    Debtor
_____/

### ORDER CONFIRMING MODIFIED POST-CONFIRMATION CHAPTER 13 PLAN

The Debtor's Chapter 13 Plan was duly served on all parties in interest. The Court hereby finds that each of the requirements for Confirmation of a Chapter 13 Plan pursuant to 11 U.S.C. 1325(a) are met.

    [X]  Debtors plan payments shall total $303 per month.

    [X]  Trustee shall cease payment to American Honda Finance on the executory contract.

**Signed on February 11, 2022**



/s/ Joel D. Applebaum
**Joel D. Applebaum**
**United States Bankruptcy Judge**